# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDE MARIE RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER of Social Security, <br><br> Defendant. | Civil No. 2:16-cv-1532 TLF <br><br> ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b). <br><br> NOTE ON MOTION CALENDAR <br> December 8, 2017 *without oral argument* |

## **ORDER**

Having considered Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b), and Defendant's lack of objection thereto, it is hereby ORDERED that:

1) The Court GRANTS plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) of $14,206.00 *less* a previously awarded EAJA fee of $6,908.21; a total fee of $7,297.79.

2) Defendant shall release the fee of **$ 7,297.79** minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

Dated this 20th day of December, 2017.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER for 406(b) Fees- 16-1532 TLF  page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544